### (April 10, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMELO FIGUEROA, Appellant.—Judgment, Supreme Court, New York County, rendered on April 29, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Markewich, Lupiano and Silverman, JJ.

■ LEV ZETLIN,, Appellant, v GABLE INDUSTRIES, INC., et al., Respondents, et al., Defendants.—Judgment, Supreme Court, New York County, entered on December 22, 1977, unanimously affirmed. (See *Zetlin v Hanson Holdings*, 65 AD2d 544.) Respondents shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur—Murphy, P. J., Sullivan, Markewich, Lupiano and Silverman, JJ.